## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JESSICA BROWN

VERSUS

GEOVERA SPECIALITY INSURANCE
COMPANY

CIVIL ACTION

NO. 23-01240-BAJ-SDJ

### JUDGMENT

Before the Court is Plaintiff's **Notice of No Contact (Doc. 18)**, which
provides that diligent efforts have been made by counsel to locate and communicate
with Plaintiff, and that despite such efforts counsel has been unable to do so. This
Notice of No Contact was filed following the Court's July 3, 2024, Order to Show
Cause (Doc. 22), which required Plaintiff to show cause for why this action should not
be dismissed pursuant to Local Rule 41(b). Because several months have elapsed
since that Order, with no showing by Plaintiff for why this matter should not be
dismissed for failure to prosecute,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of the
Plaintiff be and are hereby **DISMISSED WITHOUT PREJUDICE** for failure of the
Plaintiff to prosecute this proceeding.

**IT IS FURTHER ORDERED** that, on motion of the Plaintiff, filed within
thirty (30) days, and upon a showing of good cause the Court may consider

reinstatement of the Plaintiff's claims on the Court's Docket.

Baton Rouge, Louisiana, this ___ day of July, 2024

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**